JS-6

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MARCUS M. KERNER
Assistant United States Attorney
California Bar Number: 107014
    Room 8000 United States Courthouse
    411 West 4th Street
    Santa Ana, California 92701
    Telephone:(714) 338-3532
    Facsimile:(714) 338-3523
    E-mail: marcus.kerner@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE WEST INSURANCE COMPANY, | No. SA CV AHS 08-162 AHS (MLGx) |
| Plaintiff, | ORDER ON STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

    Upon the stipulation of the parties, this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each side to bear their own costs and attorneys fees.


DATED: August 4, 2008.        ALICEMARIE H. STOTLER
                                      CHIEF UNITED STATES DISTRICT JUDGE

PRESENTED BY:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


___/s/ MMK_____
MARCUS M. KERNER
Assistant United States Attorney

Attorneys for Defendant
United States of America